Charles POINTER, Appellant,

v.

ST. LOUIS BOARD OF EDUCATION, ST. LOUIS, MO., Appellee.

No. 02–2813.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 4, 2002.

Decided Dec. 11, 2002.

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit Judges.

PER CURIAM.

Charles Pointer appeals the district court's[1] adverse grant of summary judgment on his retaliation claim against defendant St. Louis Board of Education. Having carefully reviewed the record de novo, we conclude the district court properly granted summary judgment, because Pointer was unable to adduce any proof that the defendant's decision not to rehire him was causally connected to a charge of discrimination he allegedly filed with the Equal Employment Opportunities Commission in 1984. Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.

---

1. The Honorable Terry I. Adelman, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).